RECVD 01 FEB '12 17:44 USDC-ORE

FILED

January 26, 2012
Clerk, U.S. Bankruptcy Court

The Bankruptcy Court's Findings of Fact and Conclusions of Law are hereby approved.

_____
U.S. District Judge

Below are the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law which are recommended for approval.

_____
FRANK R. ALLEY
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF OREGON

6:12-cv-187-AA

| | |
|---|---|
| In re<br><br>Rodney Chris Lowe and Alyson Lynn Lowe,<br><br>    Debtors. | Case No. 11-62158-fra7<br><br>Adv. Proc. No. 11-06270-fra |
| Candace Amborn, Trustee,<br><br>    Plaintiff,<br><br>vs.<br><br>Kathy L. Lingren,<br><br>    Defendant. | ~~PROPOSED~~ FINDINGS OF FACT AND CONCLUSIONS OF LAW |

Plaintiff submits the following Proposed Findings of Fact and Conclusions of Law:

Findings of Fact:

1. This adversary proceeding is one arising in the case of *In re Rodney Chris Lowe and Alyson Lynn Lowe*, US Bankruptcy Court Case No 11-62158-fra7, under

Page 1 of 3    PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

David B. Mills
Attorney at Law
115 W. 8th Ave., Suite 390
Eugene, OR 97401
Phone: (541) 484-1216
Fax: (541) 484-5326

Chapter 7 of Title 11. Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code on May 3, 2011.

    2.    Plaintiff is the duly qualified Chapter 7 Trustee herein.

    3.    Prepetition, debtors boarded a horse owned by defendant at the request of defendant.

    4.    Despite demand, defendant failed to pay the balance owing for those boarding services.

    5.    Debtors performed all conditions precedent to recovery of the amount owing.

    6.    There is due and owing plaintiff the sum of $18,084.50 together with interest at the legal rate from May 31, 2011 until paid.

Conclusions of Law:

    1.    This is a non-core proceeding submitted under 11 USC 157 (c)(1). The matter in controversy arises under 11 USC § 541. Venue is proper pursuant to 28 USC § 1409.

    2.    Based upon the foregoing Findings of Fact, plaintiff is entitled to judgment in her favor and against defendant in the amount of $18,084.50 together with interest at the legal rate from May 31, 2011 until paid, and costs of $293.

###

PRESENTED BY:

/s/ David B. Mills

David B. Mills, OSB #77281
115 W. 8th Ave., Suite 390
Eugene, OR 97401
Phone: (541) 484-1216
Fax: (541) 484-5326
davidbmills@cs.com

Attorney for Plaintiff

Page 2 of 3    PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

David B. Mills
Attorney at Law
115 W. 8th Ave., Suite 390
Eugene, OR 97401
Phone: (541) 484-1216
Fax: (541) 484-5326

## ELECTRONIC NOTICE VIA ECF:

The following are parties who will receive notice/service of Orders for this case via electronic transmission (email):

David B. Mills

## MANUAL NOTICE VIA FIRST CLASS MAIL:

The following are parties who will receive notice/service of Orders for this case via First Class Mail :

Kathy L. Lingren
290 Allan Mills Ave.
Camden, TN  38320

Kathy L. Lingren
P.O. Box 97
Camden, TN  38320

Page 3 of 3    PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

David B. Mills
Attorney at Law
115 W. 8th Ave., Suite 390
Eugene, OR  97401
Phone: (541) 484-1216
Fax: (541) 484-5326